# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAMDY ALEX ABOU-HUSSEIN <br> 14 Sorento Blvd <br> Hanahan, SC 29410 <br><br> Plaintiff, <br><br> v. <br><br> ROBERT GATES, <br> Secretary of Defense, <br> Office of the General Counsel <br> Department of Defense <br> 1600 Defense Pentagon <br> Washington, D.C. 20301-1600 <br><br> Defendant. | Civil Action No. 08-0783 (RJL) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Lanny J. Acosta, Jr., Special Assistant U.S. Attorney, as counsel of record for defendant in the above-captioned case.

Respectfully submitted,

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

HAMDY ALEX ABOU-HUSSEIN
14 Sorento Blvd
Hanahan, SC 29410

on this _____ day of June, 2008.

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780