IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAMDY ALEX ABOU-HUSSEIN, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 08-0783 (RJL) |
| ROBERT GATES, ) | |
| Secretary of Defense, ) | |
| Defendant. ) | |

### DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Plaintiff brings this action alleging various allegations under the Privacy Act, Freedom of Information Act, and Federal Tort Claims Act. Defendant now respectfully moves this Court for a thirty (30) day enlargement of time through and including July 18, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Complaint. Good Cause exists to grant this Motion:

1. Plaintiff's *pro se* Complaint is complex and alleges violations against various different federal agencies. While the Defendant has been diligently working on Plaintiff's Complaint, Defendant needs more time to properly contact all the agencies and properly respond to Plaintiff's Complaint.

2. Defendant's Answer, Motion or other Response to this Complaint is presently due June 18, 2008.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the first enlargement of time sought in this matter.

5. Plaintiff does not consent to this enlargement.

For these reasons, Defendant requests that the Court grant its Motion for an Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed Order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

HAMDY ALEX ABOU-HUSSEIN
14 Sorento Blvd
Hanahan, SC 29410

on this _____ day of June, 2008.

                                      _____/s/_____
                                      LANNY J. ACOSTA, JR.
                                      Special Assistant United States Attorney
                                      Civil Division
                                      555 Fourth St., N.W.
                                      Washington, D.C.  20530
                                      202-353-9895  / FAX 202-514-8780

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HAMDY ALEX ABOU-HUSSEIN**     ) | |
| ) | |
| **Plaintiff,**     ) | |
| ) | |
| v.     ) | Civil Action No. 08-0783 (RJL) |
| ) | |
| **ROBERT GATES,**     ) | |
| **Secretary of Defense,**     ) | |
| ) | |
| **Defendant.**     ) | |

### ORDER

Upon consideration of the Defendant's Motion for an Enlargement of time to Answer, Move, or otherwise respond to Plaintiff's Complaint, Plaintiff's Opposition, and the entire record of this case, it is hereby

**ORDERED** that Defendants Motion is **GRANTED**, and it is further

**ORDERED** that Defendant Answer, Move, or otherwise respond to Plaintiff's Complaint by **July 18, 2008**;

Dated this _____ day of _____, 2008.

 

                                                        Richard J. Leon
                                                        United States District Judge

Copies to:
Counsel via ECF and Plaintiff via first class mail