CO 249
Rev. 7/07

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**RECEIVED**

JUN 1 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hamdy Alex Abou-Hussein
_____
Plaintiff(s)

vs.

Robert Gates,
Dept. of Defense
_____
Defendant(s)

Civil Action No. 08-cv-00783-RJL

## AFFIDAVIT OF MAILING

I, __Alex Abou-Hussein__, hereby state that:

On the __12__ day of __May__, __2008__, I caused to be deposited in the United States Mail a copy of the summons and complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to the following defendant:

Robert Gates, Secretary of Defense, Dept. of Defense.

I have received the receipt for the certified mail, No. __7007 3020 0001 6686 9708__ (attached hereto), indicating that delivery of the summons and complaint was made upon said defendant on the __16__ day of __May__, __2008__.

I declare under penalty of perjury that the foregoing is true and correct.

__6/16/08__
(Date)

_____
(Signature)

```
              PINEHAVEN PO
           CHARLESTON, South Carolina
                 294055723
              4518030244 -0099
05/12/2008    (843)744-7810    05:09:47 PM
              Sales Receipt
Product        Sale   Unit        Final
Description    Qty    Price       Price

WASHINGTON DC 20001               $4.80
Zone-4 Priority Mail
Flat Rate Env
 5.10 oz.
 Customer Postage                -$5.07
  Subtotal:                       $0.00
                                ========
 Issue PVI:                       $0.00

WASHINGTON DC 20530               $4.80
Zone-4 Priority Mail
Flat Rate Env
 5.10 oz.
                                ========
 Issue PVI:                       $4.80

WASHINGTON DC 20301               $4.80
Zone-4 Priority Mail
Flat Rate Env
 5.20 oz.
 Return Rcpt (Green Card)         $2.20
 Certified                        $2.70
 Label #:        70073020000166869708
                                ========
 Issue PVI:                       $9.70

Total:                           $14.50

Paid by:
AMEX                             $14.50
   Account #:         XXXXXXXXXXXX1009
   Approval #:        584562
   Transaction #:     844
   23 902980226 4394703896

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000101573060
Clerk: 10

    All sales final on stamps and postage.
    Refunds for guaranteed services only.
         Thank you for your business.
******************************************
******************************************
          HELP US SERVE YOU BETTER

     Go to: http://gx.gallup.com/pos

       TELL US ABOUT YOUR RECENT
           POSTAL EXPERIENCE

          YOUR OPINION COUNTS
******************************************
******************************************

              Customer Copy
```

**CERTIFIED MAIL... RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

WASHINGTON DC 20301

| | | |
|---|---|---|
| Postage | $4.80 | 0244 |
| Certified Fee | $2.70 | 10 |
| Return Receipt Fee (Endorsement Required) | $2.20 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $9.70 | 05/12/2008 |

Sent To: Secretary of Defense
Street, Apt. No. or PO Box No.: Office of General Counsel
Dept. of Defense
City, State, ZIP+4: 1600 Defense Pentagon
Washington, DC 20301-1600

7007 3020 0001 6686 9708

PS Form 3800, August 2006       See Reverse for Instructions

Civil Action No.:

08-cv-00783-RJL