IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

RECEIVED
JUN 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hamdy Alex Abou-Hussein, pro se
(251) 648-9632
14 Sorento Blvd,
Hanahan, SC 29410
Plaintiff,

Case 1:08-cv-00783-RJL

v.

Robert Gates,
Secretary of Defense,
Department of Defense,
Defendant(s)

Date: May 24, 2008

## REQUEST TO GRANT ACCESS TO ECF SYSTEM

The above pro se Plaintiff respectfully requests that the court grant its approval to submit the form needed to register himself for an account on the Electronic Case Filing ("ECF") System. Plaintiff asserts that he has the technical knowledge and equipment at his disposal to conduct his case business using the ECF System in a more prompt manner.

Sincerely,

Alex Abou-Hussein
Plaintiff

1