IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

Hamdy Alex Abou-Hussein, pro se
(251) 648-9632
14 Sorento Blvd,
Hanahan, SC 29410
Plaintiff,

v.

Robert Gates,
Secretary of Defense,
Defendant

RECEIVED
JUN 1 9 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 08-00783-RJL

Date: May 24, 2008

## MOTION TO AMEND

**Plaintiff moves to amend the complaint to comply with decisions at *Sherwood Van Lines v. Dep't of Navy*, *Jefferson v. Reno*, and *Ginarte v. Mueller*.**

Plaintiff cites his manifested lack of both legal training and abilities of a native English speaker as justifications for missing to clearly name the Federal agency responsible for the FOIA part of the lawsuit.

Plaintiff moves to rename the jointly opposing parties as shown below:

Robert Gates, and
Department of Defense,
Defendants

Sincerely,

Alex Abou-Hussein
Plaintiff

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the forgoing Motion to Amend Complaint within five (5) calendar days after the date it was sent *via* First Class Mail. I certify that on May 26, 2008, the forgoing Motion to Amend was sent *via* First Class Mail to the following:

Honorable Richard J. Lyon
United States District Judge
Clerk's Office, Room 1225
333 Constitution Avenue, NW
Washington, DC 20001


Honorable Robert Gates
Secretary of Defense
Office of General Counsel
Department of Defense
1600 Defense Pentagon
Washington, DC 20301-1600

_____
Alex Abou-Hussein
Plaintiff

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

Hamdy Alex Abou-Hussein, pro se
(251) 648-9632
14 Sorento Blvd,
Hanahan, SC 29410
Plaintiff,

Case 1:08-cv-00783-RJL

v.

Robert Gates,
Secretary of Defense, and
Department of Defense,
Defendants

## AMENDMENT ORDER
June   , 2008

Upon the Plaintiff's motion, it is hereby

**ORDERED** that the complaint caption be amended to list defendants jointly named as:

Robert Gates, and

Department of Defense,

Defendants

**SO ORDERED.**

**RICHARD J. LYON**
**United States District Judge**

1