IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAMDY ALEX ABOU-HUSSEIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0783 (RJL) |
| ) | |
| ROBERT GATES, ) | |
| Secretary of Defense, et al., ) | |
| ) | |
| Defendants. ) | |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO
PLAINTIFF'S COMPLAINT**

Plaintiff brings this action alleging various allegations under the Freedom of Information Act and potentially other federal statutes. Defendants now respectfully moves this Court for a fourteen (14) day enlargement of time through and including August 12, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Complaint. Good Cause exists to grant this Motion:

1. Plaintiff's *pro se* Complaint is complex and alleges violations against various components of federal agencies. Counsel for Defendants have been diligently working on Plaintiff's Complaint, but need more time to receive information from all the components necessary to properly and adequately respond to Plaintiff's Complaint.

2. Defendants' Answer, Motion or other Response to this Complaint is presently due July 29, 2008.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

4. This is the second enlargement of time sought in this matter.

5. Counsel for Defendants was unable to reach Plaintiff ascertain his position on this motion.

For these reasons, Defendants request that the Court grant its Motion for an Enlargement of Time Within Which to Answer, Move or Otherwise Respond.  A proposed Order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney


_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

HAMDY ALEX ABOU-HUSSEIN
14 Sorento Blvd
Hanahan, SC 29410

on this _____ day of July, 2008.

                                      _____/s/_____
                                      LANNY J. ACOSTA, JR.
                                      Special Assistant United States Attorney
                                      Civil Division
                                      555 Fourth St., N.W.
                                      Washington, D.C.  20530
                                      202-353-9895  / FAX 202-514-8780

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **HAMDY ALEX ABOU-HUSSEIN**, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 08-0783 (RJL) |
| ) | |
| **ROBERT GATES,** ) | |
| **Secretary of Defense, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER

Upon consideration of the Defendants' Motion for an Enlargement of time to Answer, Move, or otherwise respond to Plaintiff's Complaint, Plaintiff's Opposition, and the entire record of this case, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further

**ORDERED** that Defendants Answer, Move, or otherwise respond to Plaintiff's Complaint by **August 12, 2008**;

Dated this _____ day of _____, 2008.

_____
Richard J. Leon
United States District Judge

Copies to:
Counsel via ECF and Plaintiff via first class mail