**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HAMDY ALEX ABOU-HUSSEIN**, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**ROBERT GATES**, )<br>Secretary of Defense, et al., )<br>)<br>Defendants. )<br>) | Civil Action No. 08-0783 (RJL) |

## ERRATA

Defendant's Motion for an Enlargement of time to Answer, Move, or otherwise respond to Plaintiff's Complaint filed on July 28, 2008 (Docket # 9) was mailed to pro se plaintiff, but was not properly dated on its accompanying Certificate of Service. Defendant hereby certifies that a copy was sent to the plaintiff as reflected in the Amended Certificate of Service attached. For convenience, an additional full copy of defendant's motion as filed has been included with the mailing of this errata.

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Errata was served by First-Class Mail,

postage prepaid to:

HAMDY ALEX ABOU-HUSSEIN
14 Sorento Blvd
Hanahan, SC 29410

on this 29th day of July, 2008.

                                              _____/s/_____
                                              LANNY J. ACOSTA, JR.
                                              Special Assistant United States Attorney
                                              Civil Division
                                              555 Fourth St., N.W.
                                              Washington, D.C.  20530
                                              202-353-9895  / FAX 202-514-8780

# Attachment - Amended Certificate of Service (for Docket # 9)

Case 1:08-cv-00783-RJL    Document 10-2    Filed 07/29/2008    Page 1 of 2

**AMENDED CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant's Motion for an Enlargement of time to Answer, Move, or otherwise respond to Plaintiff's Complaint was served by First-Class Mail, postage prepaid to:

HAMDY ALEX ABOU-HUSSEIN
14 Sorento Blvd
Hanahan, SC 29410

on this 28th day of July, 2008.

                                                 _____/s/_____
                                                 LANNY J. ACOSTA, JR.
                                                 Special Assistant United States Attorney
                                                 Civil Division
                                                 555 Fourth St., N.W.
                                                 Washington, D.C.  20530
                                                 202-353-9895  / FAX 202-514-8780