IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

**RECEIVED**
JUL 2 8 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Hamdy Alex Abou-Hussein, pro se
(251) 648-9632
14 Sorento Blvd,
Hanahan, SC 29410
Plaintiff,

Case: 08-00783-RJL

v.

Robert Gates,
Secretary of Defense, and
Department of Defense, and
Space & Naval Warfare Center
Defendants

Date: July 26, 2008

## PLAINTIFF'S MOTION FOR DOCUMENT-PRESERVATION

Plaintiff had reason to believe that SPAWAR Counsel Office acted in bad faith during discovery in 2006, their FOIA office is under the tutelage of the Legal Office, and thus Plaintiff fears the intentional destruction of evidence.

Plaintiff moves for an order for document-preservation to all parties. Plaintiff wants an affirmation to the obligation to retain discoverable material in its entirety, *National Association of Radiation Survivors v. Turnage*, 1 15 FRD 543 (1987), and to remind all parties of the inherent power of the court, as best illuminated by the U.S. Supreme Court in *Brady v. Maryland, 373 U.S. 83 (1963),* showing that FRCP Rule 37 is not in contradiction with the Court's Inherent Power to Sanction, which may include an entry of a Default Judgment to Plaintiff, *Hammond Packing CO v. Arkansas*.

A proposed order is included with this motion.

Respectfully Submitted,

Alex Abou-Hussein
Plaintiff

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the forgoing Motion for Document Preservation within five (5) calendar days after the date it was sent *via* First Class Mail. I certify that on July 26, 2008, the forgoing Motion to Amend was sent *via* First Class Mail to the following:

Honorable Richard J. Lyon
United States District Judge
Clerk's Office, Room 1225
333 Constitution Avenue, NW
Washington, DC 20001

Mr. Lanny Acosta
United States Attorney's Office
District of Columbia
555 Fourth Street, N.W.
Washington, DC 20530

_____
Alex Abou-Hussein
Plaintiff