IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| HAMDY ALEX ABOU-HUSSEIN, )<br><br>Plaintiff, )<br><br>v. )<br><br>ROBERT GATES,<br>Secretary of Defense, et al., )<br><br>Defendants. ) | Civil Action No. 08-0783 (RJL) |

**DEFENDANTS' MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO ANSWER, MOVE, OR OTHERWISE RESPOND TO
PLAINTIFF'S AMENDED COMPLAINT**

Plaintiff brings this action alleging various allegations under the Freedom of Information Act (FOIA) and potentially other federal statutes. Defendants now respectfully move this Court for a thirty (30) day enlargement of time through and including September 11, 2008, within which to Answer, Move, or otherwise respond to Plaintiff's Amended Complaint. Good Cause exists to grant this Motion:

1. Plaintiff's *pro se* Amended Complaint, filed July 14, 2008, is complex and alleges violations against various components of federal agencies. Counsel for Defendants has been in almost daily contact with component agencies and diligently working on a response to Plaintiff's Amended Complaint, but needs more time to receive information from all the components necessary to properly and adequately respond. Specifically, Plaintiff's Amended Complaint makes various allegations about multiple FOIA requests to multiple components, parts of which were subsequently referred to multiple components and agencies for processing. Counsel for

Defendants has received declarations from two agencies and is awaiting clarification or production of declarations from three other agencies.

2. Defendants' Answer, Motion or other Response to this Amended Complaint presently is due August 12, 2008.

3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.[1]

4. This is the second enlargement of time sought in this matter since the filing of the Amended Complaint and the third enlargement since the original filing.

5. Counsel for Defendants was unable to reach Plaintiff to ascertain his position on this motion.

For these reasons, Defendants request that the Court grant the Motion for an Enlargement of Time Within Which to Answer, Move or Otherwise Respond. A proposed Order is included with this Motion.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s/_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

---

[1] Counsel for Defendant will be on long scheduled annual leave from August 16-24. This leave is not the reason for requesting enlargement. Counsel for Defendants merely wishes to inform the Court that he will be out of the area during the above mentioned time period.

        _____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895  / FAX 202-514-8780

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing was served by First-Class Mail, postage prepaid to:

HAMDY ALEX ABOU-HUSSEIN
14 Sorento Blvd
Hanahan, SC 29410

on this 11th day of August, 2008.

                                _____/s/_____
                                LANNY J. ACOSTA, JR.
                                Special Assistant United States Attorney
                                Civil Division
                                555 Fourth St., N.W.
                                Washington, D.C.  20530
                                202-353-9895  / FAX 202-514-8780

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **HAMDY ALEX ABOU-HUSSEIN** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0783 (RJL) |
| | ) | |
| **ROBERT GATES,** | ) | |
| **Secretary of Defense, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER**

Upon consideration of the Defendants' Motion for an Enlargement of time to Answer, Move, or otherwise respond to Plaintiff's Amended Complaint, and the entire record of this case, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further

**ORDERED** that Defendants shall Answer, Move, or otherwise respond to Plaintiff's Complaint by **September 11, 2008**;

Dated this _____ day of _____, 2008.

　
　
　
_____
Richard J. Leon
United States District Judge

Copies to:
Counsel via ECF and Plaintiff via first class mail