IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Hamdy Alex Abou-Hussein, pro se )<br>(251) 648-9632 )<br>14 Sorento Blvd, )<br>Hanahan, SC 29410 )<br>Plaintiff, ) <br> )<br> )<br>                v.        )<br>Robert Gates, )<br>Secretary of Defense, and )<br>Department of Defense, and )<br>Space & Naval Warfare Command )<br>Defendants )<br>_____ ) | Case: 08-00783-RJL<br><br><br><br><br><br><br><br><br><br><br><br>Date: August 13, 2008 |

## MEMORANDUM OF THE PLAINTIFF IN OPPOSITION TO THE DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Plaintiff opposes the Motion of the Defendants for Further Enlargement of Time to Respond to Complaint. Defendants have already used two previous extensions; in addition to a third extension of time after Plaintiff amended the caption in his Complaint.

Defendants bring about that Complaint was amended as a factor in requesting this fourth extension, while the statement of facts of the Complaint was unchanged or amended, and only the caption on first page was modified to add another defendant, Space & Naval Warfare Command; that last defendant falls under the original defendant, Secretary of Defense, Dep't of Defense. Hence, such an amendment should not justify a further extension of 30 days, since it does not make a difference to the issues at hand.

Plaintiff, who is in a very tense and fearful situation, socially and professionally, had opposed the initial request for an Enlargement of Time when the US Attorney called him, and made clear to the US Attorney during that call, that he can not accept to wait any longer to get on the path to a resolution.  After the first 30 day Time Enlargement granted by the court had expired, Plaintiff called the US Attorney and asked again for a response to his Complaint, and was assured he will get it.

Defendants have had ample time to form a response to Plaintiff's Complaint. Today, August 13, 2008, is the 90th day from the date Complaint was served on May 16, 2008, USPS Tracking NO: 70073020000166869708.

Therefore, this Court should deny Defendants' motion for Further Enlargement of Time beyond the Court-ordered due date.

                              Respectfully Submitted,

                              _____/s/_____

                              Alex Abou-Hussein, pro se.
                              14 Sorento Blvd
                              Hanahan, SC 29410