IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Hamdy Alex Abou-Hussein, pro se )<br>(251) 648-9632 )<br>14 Sorento Blvd, )<br>Hanahan, SC 29410 )<br>Plaintiff, )<br>)<br>)<br>        v.       )<br>Robert Gates, )<br>Secretary of Defense, and )<br>Department of Defense, and )<br>Space & Naval Warfare Command )<br>Defendants ) | Case: 08-00783-RJL<br><br><br><br><br><br><br><br><br><br>Date: August 13, 2008 |

## AFFIDAVIT IN SUPPORT OF DEFAULT

I hereby certify under penalty of perjury, this 13th day of August, that I am the plaintiff in the above-entitled case; that the defendants, Robert Gates, Secretary of Defense, Dep't of Defense, were served via certified mail pursuant to provisions of Rule 4(C)(ii) of the Superior Court of the District of Columbia on May 16, 2008.

I further certify under penalty of perjury that: no pleading has been filed and none served upon plaintiff; although extensions have been given, the time for filing has expired.

The Clerk is requested to enter a Default against said defendants.

Respectfully Submitted,

_____/s/_____

Alex Abou-Hussein, pro se.
14 Sorento Blvd
Hanahan, SC 29410