IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAMDY ALEX ABOU-HUSSEIN, <br><br>    Plaintiff, <br><br>v. <br><br>ROBERT GATES, <br>Secretary of Defense, et al., <br><br>    Defendants. | Civil Action No. 08-0783 (RJL) |

**DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO
MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO
ANSWER, MOVE, OR OTHERWISE RESPOND
TO PLAINTIFF'S AMENDED COMPLAINT AND OPPOSITION TO
PLAINTIFF'S AFFIDAVIT IN SUPPORT OF DEFAULT**

# PLEASE SEE DOCKET # 15 FOR DUPLICATE IMAGE.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar #  434122
Assistant United States Attorney

_____/s/_____
LANNY J. ACOSTA, JR.
Special Assistant United States Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780