Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

HAMDY ALEX ABOU-HUSSEIN

    Plaintiff(s)

        Civil Action No. 08-783 RJL

v.

ROBERT GATES, ET AL.,

    Defendant(s)

RE: ROBERT GATES, DEFENDANT

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 5/16/08, and an affidavit on behalf of the plaintiff having been filed, it is this 15TH day of August, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: /s/ Tawana Davis
Deputy Clerk

**UNITED STATES POSTAL SERVICE®**

Home | Help | Sign In

Track & Confirm　　FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7007 3020 0001 6686 9708**
Status: **Delivered**

Your item was delivered at 11:59 am on May 16, 2008 in WASHINGTON, DC 20310. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

( Restore Offline Details > )　(?)　( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.



| Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts |

Copyright© 1999-2007 USPS. All Rights Reserved.　　No FEAR Act EEO Data　　FOIA