**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **HAMDY ALEX ABOU-HUSSEIN** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-0783 (RJL) |
| ) | |
| **ROBERT GATES,** ) | |
| Secretary of Defense, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon consideration of the Defendants' Motion for a Protective Order, any opposition thereto, and the entire record of this case, it is hereby

**ORDERED** that Defendants' Motion is **GRANTED**, and it is further

**ORDERED** that discovery in this case is stayed until further order of the Court.

Dated this _____ day of _____, 2008.

_____
Richard J. Leon
United States District Judge

Copies to:
Plaintiff via ECF